# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 13CR1439-H |
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL |
| v. | |
| EDUARDO ADAME-RUIZ (1), | |
| Defendant. | |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Eduardo Adame-Ruiz is **dismissed without prejudice**. The defendant is hereby discharged.

IT IS SO ORDERED.

DATED: June 19, 2013

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT